*Melendez,* 148 AD2d 964, 965). Wrongful entry into an occupied residence could result in the "the very harm that the increased penalty for burglary of a dwelling was designed to prevent, namely 'midnight terror' and the 'danger to human life, growing out of the attempt to defend property from depredation' " (*People v Quattlebaum, supra,* at 747, quoting *Quinn v People,* 71 NY 561, 567). Here, there was no occupant; the owner lived elsewhere and neither apartment was rented at the time of the burglary.

We reject the contention of defendant that prosecutorial misconduct during summation deprived him of a fair trial. Only one claim of misconduct is preserved for our review (*see generally, People v Dien,* 77 NY2d 885, 885-886) and, in any event, we conclude that "[d]efendant has failed to show that remarks by the prosecutor * * * had a 'decided tendency to prejudice the jury' " (*People v Halm,* 81 NY2d 819, 821, quoting *People v Ashwal,* 39 NY2d 105, 110).

We have examined defendant's remaining contention and conclude that it lacks merit. (Appeal from Judgment of Supreme Court, Onondaga County, Brunetti, J.—Burglary, 2nd Degree.) Present—Pigott, Jr., P. J., Green, Hurlbutt, Scudder and Kehoe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT M. POORMON, Appellant. (Appeal No. 1.) [718 NYS2d 665] —Judgment unanimously affirmed (*see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Seneca County Court, Bender, J.—Burglary, 2nd Degree.) Present—Pigott, Jr., P. J., Green, Hurlbutt, Scudder and Kehoe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT M. POORMON, Appellant. (Appeal No. 2.) [718 NYS2d 672] —Judgment unanimously affirmed (*see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Seneca County Court, Bender, J.—Burglary, 2nd Degree.) Present—Pigott, Jr., P. J., Green, Hurlbutt, Scudder and Kehoe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT M. POORMON, Appellant. (Appeal No. 3.) [718 NYS2d 671] —Judgment unanimously affirmed (*see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Seneca County Court, Bender, J.—Burglary, 2nd Degree.) Present—Pigott, Jr., P. J., Green, Hurlbutt, Scudder and Kehoe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT M. POORMON, Appellant. (Appeal No. 4.) [718 NYS2d 673]